but when this is done all of the constituted authorities having to deal with the subject, must join in the act in the manner provided by law. In the present case, the old bond was not surrendered by the state treasurer and it could not be done without his consent, nor could it be done by him alone without the approval of the board. These requirements of the law were not complied with and the obligation of the bondsmen to answer for the default of the bank still remains.

Judgment affirmed.

---

## Commonwealth *v.* Stewart (No. 1).

Argued Feb. 15, 1909. Appeal, No. 31, Oct. T., 1909, by W. B. Rhodes and Mary H. Rhodes, executors of Joshua W. Rhodes, deceased, from order of C. P. No. 2, Allegheny Co., July T., 1908, No. 179, discharging rule to open judgment in case of Commonwealth v. William Stewart et al. Before BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

PER CURIAM, March 16, 1909:

The learned counsel for appellant have invoked the doctrine of estoppel to defeat the right of the commonwealth to proceed upon the bond in suit. As we view the facts of this case and the law applicable thereto the question of estoppel cannot be raised. For the reasons given in the opinion, ante, p. 103, the order of the court below discharging the rule to open judgment is affirmed.

---

## Commonwealth *v.* Caldwell (No. 2).

Argued Feb. 15, 1909. Appeal, No. 32, Oct. T., 1909, by Walter Chess, from order of C. P. No. 2, Allegheny Co., July T., 1908, No. 178, discharging rule to open judgment in case of Commonwealth v. John Caldwell, Jr., et al. Before BROWN, MESTREZAT, POTTER, ELKIN and STEWART JJ. Affirmed.

PER CURIAM, March 16, 1909:

For the reasons given in the opinion, ante, p. 103, the order of the court below discharging the rule to open judgment is affirmed.

---

## Commonwealth *v.* Stewart (No. 2).

Argued Feb. 15, 1909.   Appeal, No. 33, Oct. T., 1909, by Walter Chess, from order of C. P. No. 2, Allegheny Co., July T., 1908, No. 179, discharging rule to open judgment in case of Commonwealth v. William Stewart et al.   Before BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.   Affirmed.

PER CURIAM, March 16, 1909:

For the reasons given in the opinion, ante, p. 103, the order of the court below discharging the rule to open judgment is affirmed.

---

## Commonwealth *v.* Caldwell (No. 3).

Argued Feb. 15, 1909.   Appeal, No 35, Oct. T., 1909, by Thomas Evans, from order of C. P. No. 2, Allegheny Co., July Term, 1908, No. 178, discharging rule to open judgment in case of Commonwealth v. John.Caldwell, Jr., et al.   Before BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.   Affirmed.

PER CURIAM, March 16, 1909:

For the reasons given in the opinion, ante, p. 103, the order of the court below discharging the rule to open judgment is affirmed.